**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>              ) <br>       Plaintiff, ) <br>              ) <br>vs.           ) <br>              ) <br>PETER REGINALD WRIGHT, ) <br>              ) <br>       Defendant. ) | 2:05-cr-00377-RCJ-LRL <br><br> **ORDER** |

Before the Court for consideration is the Report and Recommendation of Magistrate Judge Lawrence R. Leavitt, entered November 14, 2006 (#69). No objections have been filed.

The Court has conducted a review of the record in this case and determines that the Report and Recommendation of the United States Magistrate Judge entered November 14, 2006, should be affirmed.

IT IS THEREFORE ORDERED that Magistrate Judge Leavitt's Report and Recommendation (#69) be affirmed and adopted, and that Defendant's Motion to Dismiss the Superseding Indictment (#63) in the above action shall be **DENIED.**

DATED:    February 15, 2008

_____
UNITED STATED DISTRICT COURT