# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>PETER REGINALD WRIGHT, )<br>)<br>Defendant. )<br>_____ ) | 2:05-cr-00377-RCJ-LRL-1<br><br>**ORDER** |

A jury convicted Defendant Peter Reginald Wright of one count of possession of cocaine with intent to distribute. The Court of Appeals affirmed. Defendant recently filed six motions, which the Court denied. Defendant appealed, and the Court of Appeals has remanded for the limited purpose of determining whether a certificate of appealability should issue under 28 U.S.C. § 2253(c)(2) and Appellate Rule 22(b) with respect to a motion in which Defendant asked the Court for a "post-*Daubert*" hearing under the Ex Post Facto Clause. The Court denied the motion as untimely, as it was filed over a year after the conviction became final, and because the motion appeared to raise issues that could have been, and in fact were, pursued in the direct appeal. The Court finds that appellant has not made a substantial showing of the denial of any constitutional right.

///

///

///

///

**CONCLUSION**

IT IS HEREBY ORDERED that a certificate of appealability is DENIED.

IT IS FURTHER ORDERED that the Motion to Stay (ECF No. 190), the Motion for Judicial Notice (ECF No. 195), the Motions for Reconsideration (ECF Nos. 196, 198), and the Motion to Modify or Amend the Court of Appeals Transfer Docket (ECF No. 204) are DENIED.

IT IS FURTHER ORDERED that the Motion to Proceed In Pro Se (ECF No. 197) is GRANTED.

Dated this 17th day of April, 2014.

_____
ROBERT C. JONES
United States District Judge