# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 2:05-cr-00377-RCJ-NJK |
| Plaintiff, | **Order Setting Faretta Hearing** |
| v. | |
| PETER REGINALD WRIGHT, | |
| Defendant. | |

On December 17, 2018, during his initial appearance on a revocation petition, Defendant advised the Court that he would like to represent himself. Docket No. 235. The Court therefore **SETS** a Faretta hearing for December 21, 2018, at 9:00 a.m., in Courtroom 3B. Defendant, his current attorney, and the assigned AUSA are required to be present in the courtroom.

IT IS SO ORDERED.

DATED: December 17, 2018.

_____
NANCY J. KOPPE
UNITED STATES MAGISTRATE JUDGE