# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | Case No. 2:05-CR-00377-RCJ-NJK |
| vs. | **ORDER** |
| PETER REGINALD WRIGHT, | |
| Defendant. | |

On December 5, 2019, the Court entered a judgment on revocation of Defendant's supervised release. (ECF No. 289.) Thirty days later, on January 5, 2020, Defendant sent what this Court construed as a notice of appeal. (ECF N0. 291.) However, Federal Rule of Appellate Procedure 4(b)(1)(A) dictates that a defendant must file a notice of appeal within fourteen days after the entry of judgment in a criminal case. Nonetheless, the rule allows for this deadline to be extended "[u]pon a finding of excusable neglect or good cause . . . for a period not to exceed 30 days from the expiration of the time otherwise prescribed by this Rule 4(b)." Fed. R. App. P. 4(b)(4).

Accordingly, the Ninth Circuit remanded this case for the limited purpose of allowing Defendant to file a motion to extend time. (ECF No. 295.) Pursuant to that Order, Defendant has

thirty days from the entry of this Order to file such a motion, and the Government has fourteen days to respond from the entry of Defendant's motion.

**CONCLUSION**

IT IS HEREBY ORDERED that Defendant has thirty days from the entry of this Order to file a motion to extend time.

IT IS FURTHER ORDERED that the Government will have fourteen days from the entry Defendant's motion to file a brief in opposition.

IT IS FURTHER ORDERED that the clerk shall serve this order to the following address:

> Peter Reginald Wright – Reg. No. 40501-048
> FCI Safford
> Federal Correctional Institution
> P.O. Box 9000
> Safford, AZ  85548

IT IS SO ORDERED.

Dated March 30, 2020.

_____
ROBERT C. JONES
United States District Judge