# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>PETER REGINALD WRIGHT,<br><br>Defendant. | Case No. 2:05-cr-00377-RCJ-NJK<br><br>**ORDER** |

Pending before the Court is Defendant Peter Reginal Wright's[1] Motion for Sanctions, (Dkt. 335), requesting the Court to sanction the Department of Justice ("DOJ") and its alleged employee Conney Bivens, (*id.* at 1), to "determine the correct amount that's owed" on Wright's fine, (*id.* at 2), and to "remove [him] off the Department of Justice collection list." (*Id.* at 2–3). For the following reasons, the Court denied the motion.

---

[1]    Wright is acting pro se in this matter, and the Court has "an obligation to give a liberal construction to the filings of pro se litigants" in this circuit. *Blaisdell v. Frappiea*, 729 F.3d 1237, 1241 (9th Cir. 2013).

As to the request for sanctions, Wright alleges that a DOJ employee by the name of Conney Bivens "has call[ed] [his] former employer with threats and harassment over payment" of his outstanding court fine. (Dkt. 335 at 1). Defendants have not filed a brief responding to this allegation, and the Court is not aware of any prior reference to a person by the name of Conney Bivens. Wright has offered no legal grounds on which the Court should impose sanctions on an unknown, non-party, and the grounds provided in the Federal Rules are inapplicable here. *See, e.g.,* Fed. R. Civ. P. 11, 26, 37. Accordingly, this request is denied.

As to the amount owed by Wright, the Court's recent order found that his balance as of December 2019 was $21,025.69. (Dkt. 334 at 2) (citing Dkt. 289 at 4). Attached to his motion, though, Wright provided the Court with a Debtor Statement from the U. S. Department of Justice stating that the outstanding balance on his account was $23,406.14 as of September 30, 2023. (Dkt. 335 at 4). Because this discrepancy is one best resolved by the U. S. Attorney's Office, the Court orders the Clerk of the Court to provide a copy of Mr. Wright's letter (Dkt. 335) along with a copy of this order to U.S. Attorney Jason Frierson by adding him to the electronic docket.

Lastly, Wright's request to be removed from the DOJ collection list is presumably a second request to be removed from the Treasury Department's Treasury Offset Program ("TOP"). (Dkt. 335 at 2–3); (*see also* Dkt. 324). The Court has already ruled that it has no authority to "modify the Secretary of the Treasury's decision to offset his tax refund under his TOP authority." (Dkt. 334 at 2). Thus, the Court need not revisit the issue.

## CONCLUSION

IT IS HEREBY ORDERED that Wright's Motion for Sanctions, (Dkt. 335), is **DENIED**.

IT IS FURHTER ORDERED that the Clerk shall provide a copy of Mr. Wright's letter (Dkt. 335) along with a copy of this order to U.S. Attorney Jason Frierson by adding him to the electronic docket.

IT IS SO ORDERED.

Dated January 4, 2024

_____
ROBERT C. JONES
United States District Judge