UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff<br><br>v.<br><br>PETER WRIGHT,<br><br>    Defendant | Case No.: 2:05-cr-00377-APG-NJK<br><br>**ORDER DENYING MOTION FOR DISCOVERY**<br><br>[ECF No. 348] |

Defendant Peter Wright filed a "motion for discovery" that actually requests a refund of money he has paid towards his court-ordered fine. ECF No. 348. Wright claims he has overpaid his fine because, in part, his house was foreclosed upon by the Government. The Government responds by showing it received no proceeds of that foreclosure, it has remitted some of the interest that accrued on Wright's fine, and that Wright still owes over $15,000. ECF No. 350. Wright offers nothing to rebut the Government's showing.

I THEREFORE ORDER that Wright's motion for discovery **(ECF No. 348) is denied**.

DATED this 31st day of December, 2024.

_____
ANDREW P. GORDON
CHIEF UNITED STATES DISTRICT JUDGE