# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff<br><br>v.<br><br>PETER WRIGHT,<br><br>    Defendant | Case No.: 2:05-cr-00377-APG-NJK<br><br>**ORDER DENYING MOTION FOR CERTIFICATE OF APPEALABILITY**<br><br>[ECF No. 352] |

Defendant Peter Wright filed a letter, which I am treating as a motion, requesting a certificate of appealability. ECF No. 352. Wright offers no basis for his request. And he does not need a certificate of appealability to file an appeal in this case.

I THEREFORE ORDER that Wright's motion for a certificate of appealability **(ECF No. 352) is denied**.

DATED this 20th day of February, 2025.

_____
ANDREW P. GORDON
CHIEF UNITED STATES DISTRICT JUDGE